UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| PAULA BERRY, | : | |
| | : | |
| | : | **CONSENT ORDER AWARDING** |
| Plaintiff, | : | **ATTORNEY'S FEES UNDER THE** |
| | : | **EQUAL ACCESS TO JUSTICE ACT** |
| v. | : | **(EAJA), 28 U.S.C. 2412(d)** |
| | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of Social Security | : | Hon. William B. Mitchell Carter, M.J. |
| | : | |
| Defendant. | : | Civil Action No. 16-1513 |

-------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of $6,750.00 (Six Thousand Seven Hundred Fifty Dollars and Zero Cents). Such award is made in full satisfaction of any claim for fees, costs and other expenses pursuant to the EAJA.

AND, the Court having reviewed this matter,

IT IS on this 25th day of June 2018;

ORDERED that Plaintiff be allowed said award under the Equal Access to Justice Act.

It is further agreed that payment of fees will be made directly to plaintiff's attorney if plaintiff has agreed to transfer his rights to EAJA fees to his attorney, and provided that plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

_/s/ Bill Carter_____
WILLIAM B. MITCHELL CARTER
United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

By: /s/ Graham Morrison
Graham Morrison
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278
(212)264-2491
Graham.Morrison@ssa.gov


/s/ Howard Olinsky
Howard Olinsky
Olinsky Law Group
300 S. State Street
Suite 420
Syracuse, NY 13202
315-701-5780
315-701-5781 (fax)
holinsky@windisability.com

2